UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAMELA M. PERRY,

    Plaintiff,

v.    Case No. 2:13-cv-36-FtM-29NPM

THE SCHUMACHER GROUP OF
    LOUISIANA,
THE SCHUMACHER GROUP OF
    FLORIDA, INC.,
COLLIER EMERGENCY GROUP,
    LLC,HEALTH MANAGEMENT
    ASSOCIATES INC. and
NAPLES HMA, LLC
    Defendants.

## ORDER

Before the Court is Plaintiff's Motion to Compel Production of Net Worth Information (Doc. 281). Defendants The Schumacher Group of Louisiana, The Schumacher Group of Florida, Inc. and Collier Emergency Group, LLC (collectively "Schumacher") filed a Response (Doc. 285). For the reasons discussed below, the motion is denied.

Due to a spate of discovery motions over the past three months, the Court and the parties are more than familiar with the procedural and factual backdrop of the case, and thus, the Court will simply deal with the issue at hand. Here, Dr. Perry seeks to compel Schumacher to produce certain net worth information. (Doc. 281, p. 1). In particular, Perry has requested that Schumacher produce "[a]ll documents, such as balance sheets, evidencing Your assets and liabilities from 2016 to the Present." (*Id.*). Perry claims that

even after Schumacher agreed to produce its balance sheets, it did not. (*Id.*, p. 2). And Perry also claims Schumacher only produced Earnings Before Interest, Taxes, Depreciation, and Amortization ("EBITDA") for Collier Emergency Group, LLC, but not the other Schumacher entities. (*Id.*, pp. 2-3).

Schumacher responds that it produced an additional six (6) pages of updated records which included the requested EBITDA information for the other Schumacher entities. (Doc. 285, p. 2). As a result, this aspect of Perry's request is moot. Schumacher also responds that it provided over 200 pages of tax forms and within these records are balance sheets. (*Id.*). Specifically, Schedule L tax forms are balance sheets and provide the information requested. (*Id.*). In fact, these Schedule L tax forms were used by Dr. Perry during her deposition of Schumacher's corporate representative. (*Id.*). And Perry does not argue that the Schedule L tax forms do not provide the information needed.

Schumacher has adequately responded to the request for production and the Motion to Compel Production of Net Worth Information (Doc. 281) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 31, 2020.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE