```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

Pamela M. Perry,

    Plaintiff,

v.                                      CASE NO. 2:13-cv-36-JES-NPM

NAPLES HMA,
LLC, a Florida limited
Liability company,

    Defendant.

_____

## ORDER

This matter comes before the Court on defendant's Motion To Bring Electronic Devices/Equipment Into Courthouse For Use At Trial (Doc. #371) filed on April 5, 2021. On March 31, 2021, the Court issued an Order granting the parties' Joint Motion to Bring Electronic Devices/Equipment into the courthouse for use at the trial (Doc. #362) scheduled to commence on April 1, 2021. Defendant Naples HMA, LLC seeks to bring additional electronic equipment into the courthouse, including two laptops, cables, an HDMI distribution AMP, and a cellular telephone.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Bring Electronic Devices/Equipment Into the Courthouse (Doc. #371) is **GRANTED.**

Done and Ordered at Fort Myers, Florida, this ___5th___ day of April, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record